FEEK, Respondent, *v.* MANLEY, Appellant.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Action by Andrew J. Feek against John Manley.

No opinion. Order modified so as to allow new trial on condition that the plaintiff pay the costs of the former trial, and as modified affirmed, with costs of this appeal.

---

FRIESS, Appellant, *v.* NEW YORK CENT. & H. R. R. Co., Respondent.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Action by Frederick C. Freiss, an infant, by John Freiss, his guardian *ad litem*, against the New York Central & Hudson River Railroad Company.

Order modified by striking out the words "with costs to abide the event," and substituting in place thereof "upon the payment of costs," and the order as modified affirmed, with costs to the appellant.

---

GILBERT *et al.*, Respondents, *v.* SCHRAM, Appellant.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Action by Charles Gilbert and others against Philip Schram.

No opinion. Judgment affirmed, with costs.

---

GILMORE, Respondent, *v.* WARREN-SCHARF ASPHALT PAVING Co., Appellant.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Appeal from special term, Oneida county.

Action by Hiram Gilmore against the Warren-Scharf Asphalt Paving Company, impleaded with others. Defendant paving company appeals from an order taxing costs. For former reports, see 9 N. Y. Supp. 912; 15 N. Y. Supp. 274.

No opinion. Order modified so as to allow the appellant $36.99 disbursements, and as modified affirmed, without costs to either party on their appeal.

---

HAMILTON, Respondent, *v.* COURIER PRINTING Co. *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Action by Fanny H. Hamilton, in behalf of herself and all other stockholders of defendant corporation, against the Courier Printing Company and Milton H. Northrup.

No opinion. Interlocutory judgment affirmed on the opinion of KENNEDY, J., delivered at special term, with leave to defendants to answer upon payment of the costs of the demurrer and one bill of costs on this appeal.

---

BRIGGS, Respondent, *v.* HART, Appellant.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Action by Edwin R. Briggs against Elmina L. Hart.

Judgment of the county court of Madison county, affirming a justice's judgment, affirmed, with costs.

---

KNICKERBOCKER Co., Respondent, *v.* BURNHAM, Appellant.

*(Supreme Court, General Term, Fourth Department. July 7, 1891.)*

Action by the Knickerbocker Company against Alfred G. Burnham.

No opinion. Judgment affirmed, with costs, on the opinion of WILLIAMS, J., delivered at special term.